# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 16-565V

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
HUNTER HORSEY, *on behalf of*
G.H., *a minor child*,

        Petitioner,

v.

SECRETARY OF HEALTH AND
AND HUMAN SERVICES,

        Respondent.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Special Master Corcoran

Filed: October 7, 2016

Rule 21(a); No Judgment; Order Concluding Proceedings.

## ORDER CONCLUDING PROCEEDINGS[1]

On October 6, 2016, Petitioner filed a Notice of Voluntary Dismissal in the above-captioned case, pursuant to Vaccine Rule 21(a).

Accordingly, pursuant to Vaccine Rule 21(a)(3), the above-captioned case is hereby **ordered to be concluded**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 11.

**IT IS SO ORDERED.**

        /s/ Brian H. Corcoran
        Brian H. Corcoran
        Special Master

---

[1] Because this decision contains a reasoned explanation for my actions in this case, I will post it on the United States Court of Federal Claims website, in accordance with the E-Government Act of 2002, 44 U.S.C. § 3501 (2012). As provided by 42 U.S.C. § 300aa-12(d)(4)(B), however, the parties may object to the published decision's inclusion of certain kinds of confidential information. Specifically, under Vaccine Rule 18(b), each party has fourteen days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). Otherwise, the whole decision will be available to the public. *Id.*